**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00911-CV

### IN RE: CALVIN ERVIN MCNAC, Relator

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F03-71678-T**

## ORDER

Based on our opinion of today's date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

/David W. Evans/
DAVID W. EVANS
JUSTICE